UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-40045 |
| | ) | Chapter 7 |
| FETERL MANUFACTURING CORP. | ) | |
| f/k/a Feterl Acquisition Corp. | ) | LATE NOTICE |
| | ) | |
| Debtor. | ) | |

    PLEASE TAKE NOTICE that the attached Notice was originally mailed to all creditors and other parties in interest. You are receiving it now because Debtor added you as a creditor or an interested party pursuant to an amendment to Schedules and Mailing List filed on June 4, 2009.

    PLEASE TAKE FURTHER NOTICE that you should contact your attorney to determine whether there are matters pending that might affect your rights.

    I hereby certify that on June 4, 2009, a copy of this document was either transmitted to the Bankruptcy Noticing Center for service or mailed to the parties on any attached service list.

FOR THE COURT:
FREDERICK M. ENTWISTLE
CLERK, U.S. BANKRUPTCY COURT

s/Marla Nelson, Deputy Clerk

Form B9B (Chapter 7 Corporation/Partnership No Asset Case)　　　　　　　　　　　　　　　　　Case Number **09−40045**

# UNITED STATES BANKRUPTCY COURT
## District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A bankruptcy case concerning the debtor(s) listed below was converted to a case under chapter 7 on 6/3/09.

You may be a creditor of the debtor. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Debtor(s):**
Feterl Manufacturing Corp.
fka  Feterl Acquisition Corp.
PO Box 91645
Sioux Falls, SD 57109

| **Case Number:** 09−40045 | **Taxpayer ID Number:** 30−0006554 |
|---|---|
| **Attorney for Debtor(s):**<br>James A. Craig<br>Craig Law Office<br>714 W. 41st St.<br>Sioux Falls, SD 57105−6406<br>Telephone number: (605) 373−0442 | **Bankruptcy Trustee:**<br>Lee Ann Pierce<br>Trustee<br>PO Box 524<br>Brookings, SD 57006<br>Telephone number: 605−692−9415 |

### Meeting of Creditors:

Date: **July 10, 2009**　　　　Time: **03:00 PM**　　　　Location: **Suite 300, 314 S. Main Ave., Sioux Falls, SD 57104**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>400 S. Phillips Ave., Room 104<br>Sioux Falls, SD 57104−6851<br>Telephone number: 605−357−2400<br>www.sdb.uscourts.gov | **For the Court:**<br>Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:　　Monday − Friday 8:00 AM − 5:00 PM | Date: 6/4/09 |

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the lists of the debtor's property and debts, at the bankruptcy clerk's office. You may also review them online, using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors: All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in the dismissal of your case.** |

—— Refer to Other Side for Important Deadlines and Notices ——